**Myra Holladay SIMS and Florida Import and Compliance Association, Plaintiffs–Appellees,**

v.

**STATE OF FLORIDA, DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, Defendant–Appellant.**

No. 86–3055.

United States Court of Appeals, Eleventh Circuit.

March 1, 1988.

Eric J. Taylor, Asst. Atty. Gen., Dept. of Legal Affairs, Tallahassee, Fla., for defendant-appellant.

Williams C. Owen, Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A., George N. Meros, Tallahassee, Fla., for amicus: Florida Auto. Dealers Assoc.

Susan Greco Tuttle, Moffitt, Hart & Miller, Tampa, Fla., for amicus: Import Auto. Dealers of Florida, Inc.

Edward T. O'Donnell, Mershon, Sawyer, Johnston, Dunwoody & Cole, Miami, Fla., for amicus: Mercedes–Benz of North America, Inc.

Robert P. Smith, Jr., Tallahassee, Fla., for plaintiffs-appellees.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, and EDMONDSON, Circuit Judges [*].

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *with* oral argument during the week of June 6, 1988, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.

[*] Judge Clark is recused and will not participate